MEMORANDUM OPINION



Nos. 04-07-00723-CR & 04-07-00724-CR



Terrell KING,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court Nos. 2006-CR-0125 & 2006-CR-6545B


Honorable Philip A. Kazen, Jr., Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: December 19, 2007


DISMISSED

 The trial court's certification in each of these appeals states that the case is a "plea-bargain
case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate
Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has
a right of appeal has not been made part of the record under these rules." Tex. R. App. P. 25.2(d).

 

 Appellant's counsel has filed written notice with this court that counsel has reviewed the
records and "can find no right of appeal for Appellant." We construe this notice as an indication that
appellant will not seek to file an amended trial court certification showing that he has the right of
appeal. See Tex. R. App. P. 25.2(d); 37.1; see also Daniels v. State, 110 S.W.3d 174, 177 (Tex.
App.--San Antonio 2003, no pet.). In light of the records presented, we agree with appellant's
counsel that Rule 25.2(d) requires this court to dismiss these appeals. Accordingly, these appeals
are dismissed.

 PER CURIAM

DO NOT PUBLISH